**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WALCZAK JR., JOSEPH W. | ) | |
| WALCZAK, MARIE HOLM | ) | CASE NO. 04-31620 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE
      BANKRUPTCY JUDGE BRUCE W. BLACK

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 08/25/04. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 08/25/04. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $4,271,746.86. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of January 19, 2008 is as follows:

   a.   RECEIPTS (See Exhibit C)                                    27,925.54
   b.   DISBURSEMENTS (See Exhibit C)                                   22.68
   c.   NET CASH available for distribution                         27,902.86
   d.   TRUSTEE/PROFESSIONAL COSTS
        1.   Trustee compensation requested                          3,542.55
             (See Exhibit E)

    2.    Trustee Expenses (See Exhibit E)     251.70

    3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F)     185.00

5. The Bar Date for filing unsecured claims expired on 04/26/05.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid Secured Claims     0.00

    b.    Chapter 7 Administrative and 28 U.S.C. §1930 Claims     3,979.25

    c.    Allowed Chapter 11 Administrative Claims     0.00

    d.    Allowed Priority Claims     131,458.19

    e.    Allowed Unsecured Claims     386,622.50

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $185.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,979.25 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $4,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

    RESPECTFULLY SUBMITTED:

Dated:   January 19, 2008       By:  /s/ Bradley J. Waller
                                          BRADLEY J. WALLER, TRUSTEE
                                          KLEIN, STODDARD, BUCK, WALLER
                                          2045 ABERDEEN COURT
                                          SYCAMORE, IL  60178

Joseph J. Walczak, Jr.
Marie Holm Walczak
04-31620

## TASKS PERFORMED BY TRUSTEE

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted a meeting of creditors and continued the meeting regarding various transactions of the debtor.   The Trustee reviewed debtor's documentation regarding debtor's limited partnership and businesses.

      The Trustee received monies from tax refunds and compromised the Estate's Right, Title & Interest in Property of the Estate.

      The Trustee prepared semi-annual reports to the United States Trustee's Office.

      The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

      The Trustee attended to tax issues concerning the estate and has enclosed a memo from the Accountant herein.

      The Trustee reviewed the claims filed in this case and obtained a court order denying Secured Claim # 10: HomeQ Servicing Corp.

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-31620 BB  
**Case Name:** WALCZAK JR., JOSEPH W.  
WALCZAK, MARIE HOLM  
**Period Ending:** 01/19/08

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/25/04 (f)  
**§341(a) Meeting Date:** 10/14/04  
**Claims Bar Date:** 04/26/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | DEBTORS' INTEREST IN AUTO MALL | 3,650,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | RESIDENCE | 614,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT-HARRIS BANK | 844.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT-NEW LENNOX STATE BANK | 281.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING ACCOUNT-PALOS BANK & TRUST | 475.00 | 0.00 | DA | 0.00 | FA |
| 6 | FIDLIETY INVESTMENTS | 486.72 | 0.00 | DA | 0.00 | FA |
| 7 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | TERM LIFE INSURANCE POLICY | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | FIDELITY IRA | 834.14 | 0.00 | DA | 0.00 | FA |
| 10 | FIDELITY IRA | 550.00 | 0.00 | DA | 0.00 | FA |
| 11 | 100% OWNERSHIP INTEREST IN AAMCO OF ORLAND PARK | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | 100% OWNERSHIP INT. IN WALCZAK MANAGEMENT, INC. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | USB FINANCIAL SERVICES-MM & STOCK | 2,276.00 | 0.00 | OA | 0.00 | FA |
| 14 | 1% BENEFICIAL INTEREST IN SONIC SOLUTION, LLC. | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | 1% OWNERSHIP INT. IN TK AUTOMOTIVE, LLC | 0.00 | 0.00 | OA | 0.00 | FA |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 04-31620 BB  
**Case Name:** WALCZAK JR., JOSEPH W.  
WALCZAK, MARIE HOLM  
**Period Ending:** 01/19/08

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 08/25/04 (f)  
**§341(a) Meeting Date:** 10/14/04  
**Claims Bar Date:** 04/26/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 34.7% INT. IN WALCZAK FAMILY LIMITED PARTNERSH-H | 0.00 | 0.00 | OA | 0.00 | FA |
| 17 | 34.7% INT. IN WALCZAK FAMILY LIMITED PARTNERSH-W | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | 1976 MOBILE HOME DOUBLE WIDE TRAILER | 1,592.00 | 1,592.00 | | 1,592.00 | FA |
| 19 | 1989 LINCOLN TOWN CAR | 200.00 | 200.00 | | 200.00 | FA |
| 20 | 1994 CADILLAC SEVILLE STS | 2,700.00 | 2,700.00 | | 2,700.00 | FA |
| 21 | 1999 MASTERCRAFT PROSTAR 190 BOAT & TRAILER | 10,000.00 | 9,600.00 | | 9,600.00 | FA |
| 22 | 1999 OLDSMOBILE SILHOUTTE GS MINIVAN | 4,300.00 | 4,208.00 | | 4,208.00 | FA |
| 23 | 2004 FORD RANGER PICK-UP TRUCK | 10,500.00 | 700.00 | | 700.00 | FA |
| 24 | TAX RETURNS (u) | 0.00 | 8,434.37 | | 8,434.37 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 491.17 | Unknown |
| 25 | **Assets** **Totals** (Excluding unknown values) | **$4,301,038.86** | **$27,434.37** | | **$27,925.54** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 01/19/2008 09:38 AM    V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 04-31620 BB | Trustee: | (330500) BRADLEY J. WALLER |
| Case Name: | WALCZAK JR., JOSEPH W. | Filed (f) or Converted (c): | 08/25/04 (f) |
| | WALCZAK, MARIE HOLM | §341(a) Meeting Date: | 10/14/04 |
| Period Ending: | 01/19/08 | Claims Bar Date: | 04/26/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** August 31, 2006     **Current Projected Date Of Final Report (TFR):** January 19, 2008 (Actual)

Printed: 01/19/2008 09:38 AM    V.10.03

**FORM 2**

**Cash Receipts And Disbursements Record**

Page: 1

| Case Number: | 04-31620 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | WALCZAK JR., JOSEPH W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | WALCZAK, MARIE HOLM | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | 13-7432278 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/19/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/30/04 | {24} | Treasurer of the State of Illinois | Tax Refund | 1224-000 | 1,059.00 | | 1,059.00 |
| 10/30/04 | {24} | United States Treasury | Tax Refund | 1224-000 | 7,375.37 | | 8,434.37 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 1.62 | | 8,435.99 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 1.79 | | 8,437.78 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 2.12 | | 8,439.90 |
| 02/28/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 2.01 | | 8,441.91 |
| 03/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3500% | 1270-000 | 2.51 | | 8,444.42 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 2.43 | | 8,446.85 |
| 05/04/05 | {18} | Joseph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 1,592.00 | | 10,038.85 |
| 05/04/05 | {19} | Josheph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 200.00 | | 10,238.85 |
| 05/04/05 | {20} | Joseph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 2,700.00 | | 12,938.85 |
| 05/04/05 | {21} | Joseph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 9,600.00 | | 22,538.85 |
| 05/04/05 | {22} | Joseph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 4,208.00 | | 26,746.85 |
| 05/04/05 | {23} | Joseph & Marie Walczak | Compromise Right, Title and Interest in Property per court order of 04/27/2005 | 1129-000 | 700.00 | | 27,446.85 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 7.25 | | 27,454.10 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 8.76 | | 27,462.86 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 9.52 | | 27,472.38 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 10.50 | | 27,482.88 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 10.81 | | 27,493.69 |

**Subtotals :**     **$27,493.69**     **$0.00**

{} Asset reference(s)     Printed: 01/19/2008 09:38 AM     V.10.03

| | | Page: 2 |
|---|---|---|
| **Form 2** | | |
| **Cash Receipts And Disbursements Record** | | |

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 04-31620 BB | **Trustee:** | BRADLEY J. WALLER (330500) | |
| **Case Name:** | WALCZAK JR., JOSEPH W. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | WALCZAK, MARIE HOLM | **Account:** | ***-*****66-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7432278 | **Blanket Bond:** | $5,000,000.00   (per case limit) | |
| **Period Ending:** | 01/19/08 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 11.94 | | 27,505.63 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5500% | 1270-000 | 12.44 | | 27,518.07 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.76 | | 27,531.83 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 15.50 | | 27,547.33 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 14.80 | | 27,562.13 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 16.39 | | 27,578.52 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.46 | | 27,595.98 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.76 | | 27,614.74 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.16 | | 27,632.90 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.78 | | 27,651.68 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.79 | | 27,670.47 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.58 | | 27,688.05 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.41 | | 27,707.46 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.21 | | 27,725.67 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.61 | | 27,743.28 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 18.50 | | 27,761.78 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.83 | | 27,775.61 |
| 03/01/07 | 1001 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #04-31620 | 2300-000 | | 22.68 | 27,752.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.82 | | 27,767.75 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.32 | | 27,783.07 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.33 | | 27,798.40 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.34 | | 27,812.74 |

**Subtotals :**       **$341.73**       **$22.68**

{} Asset reference(s)                                                                        Printed: 01/19/2008 09:38 AM    V.10.03

**Form 2**

Page: 3

**Cash Receipts And Disbursements Record**

**Case Number:** 04-31620 BB  
**Case Name:** WALCZAK JR., JOSEPH W.  
WALCZAK, MARIE HOLM  
**Taxpayer ID #:** 13-7432278  
**Period Ending:** 01/19/08  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.84 | | 27,828.58 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.35 | | 27,843.93 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.87 | | 27,857.80 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.36 | | 27,874.16 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.50 | | 27,888.66 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 14.20 | | 27,902.86 |

| | | |
|---|---:|---:|
| **ACCOUNT TOTALS** | 27,925.54 | 22.68 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 27,925.54 | 22.68 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$27,925.54** | **$22.68** |

$27,902.86

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-31620 BB
**Case Name:** WALCZAK JR., JOSEPH W.
WALCZAK, MARIE HOLM
**Taxpayer ID #:** 13-7432278
**Period Ending:** 01/19/08

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*66-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*66-65 | 27,925.54 | 22.68 | 27,902.86 |
| | $27,925.54 | $22.68 | $27,902.86 |

{} Asset reference(s)

Printed: 01/19/2008 09:38 AM V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WALCZAK JR., JOSEPH W. | ) | |
| WALCZAK, MARIE HOLM | ) | CASE NO. 04-31620 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

    I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,979.25 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 23,923.61 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 27,902.86 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                    **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $3,979.25 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | BRADLEY J. WALLER | 3,542.55 | 3,542.55 |
| | BRADLEY J. WALLER | 251.70 | 251.70 |
| | EDWIN J. BROOKS | 185.00 | 185.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                 **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** / **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 507(a)(7) - Alimony | $0.00 | 0.00% |
|---|---|---|
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $131,458.19 | 18.20% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 7 | Internal Revenue Service | 4,761.90 | 866.60 |
| 9 | Internal Revenue Service | 126,696.29 | 23,057.01 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata | | $386,622.50 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

after costs of administration and priority claims are
paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Rieck & Crotty P.C. | 8,016.92 | 0.00 |
| 2 | Discover Bank | 11,774.65 | 0.00 |
| 3 | Discover Bank | 1,846.46 | 0.00 |
| 4 | ChaseManhttnBankUSA,NA as successor in interest to Bank One | 19,748.23 | 0.00 |
| 5 | MBNA America Bank NA | 9,393.77 | 0.00 |
| 6 | Erwin B Neiman | 70,928.65 | 0.00 |
| 8 | CIT Small Business Lending Corporation | 264,913.82 | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM | | ALLOWED | DIVIDEND |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

| NUMBER | CREDITOR | AMOUNT | AMOUNT |
|---|---|---|---|
| | | | |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 10 | HomEq Servicing Corporation 19732 MacAruthur Blvd, Ste 100 Irving, CA 92612 | $447,357.79 | Disallowed per court order of 06/09/2006 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____    _____
                                  BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Joseph J. Walczak, Jr.
Marie Holm Walczak
04-31620

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** Lee G. Schwendner, CPA DiGiovine, Hnilo, Jordan & Johnson 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | 0.00 | 185.00 | 185.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Chester H. Foster Foster & Kaelen 3825 W. 192nd Street Homewood, IL 60430 | 4,000.00 | 0.00 | 4,000.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 3,794.25 | 3,794.25 |
| TOTAL | $ 4,000.00 | $ 3,979.25 | $ 7,979.25 |

**EXHIBIT G**