**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| WALCZAK JR., JOSEPH W. | ) | |
| WALCZAK, MARIE HOLM | ) | CASE NO. 04-31620 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

   on: **May 2, 2008**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           27,925.54

   b. Disbursements                         $                22.68

   c. Net Cash Available for Distribution   $           27,902.86

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 3,542.55 | $ 251.70 |
| Lee Schwendner, Accountant | $ 0.00 | $ 185.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $131,458.19 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 18.20%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

| 7 | Internal Revenue Service | $ 4,761.90 | $ 866.60 |
| 9 | Internal Revenue Service | $ 126,696.29 | $ 23,057.01 |

6. Claims of general unsecured creditors totaling $386,622.50, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Interest in Auto Mall
    b. Residence
    c. Checking Account-Harris Bank
    d. Checking Account-New Lennox State Bank
    e. Checking Account-Palos Bank & Trust
    f. Fidelity Investments
    g. Household Goods
    h. Term Life Insurance Policy
    i. Fidelity IRA
    j. Fidelity IRA
    k. 100 % Ownership Interest in Walczak Management, Inc.
    l. USB Financial Services-MM & Stock
    m. 1% Beneficial Interest in Sonic Solution, LLC
    n. 1% Ownership Interest in TK Automotive, LLC
    o. 34.7% Interest in Walczak Family Limited Partnership-H
    p. 34.7% Interest in Walczak Family Limited Partnership-W

Dated: **March 24, 2008**     For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Mar 24, 2008
Case: 04-31620                 Form ID: pdf002          Total Served: 26

The following entities were served by first class mail on Mar 26, 2008.
 db          +Joseph W Walczak Jr,    21408 Prestancia Drive,    Mokena, IL 60448-8404
 jdb         +Marie Holm Walczak,    21408 Prestancia Drive,    Mokena, IL 60448-8404
 aty         +Chester H Foster Jr,    Foster & Kallen,    3825 West 192nd Street,    Homewood, IL 60430-4314
 aty         +Chester H. Foster,    Foster, Kallen & Smith,    3825 W 192nd St,    Homewood, IL 60430-4314
 tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
8426335       CIT Small Business Lending Corporation,    PO Box 277280,    Atlanta, GA 30384-7280
8426334       Capital One,    PO BOX 85015,    Richmond, VA 23285-5015
8984203      +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
               c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8426337      +Cole Taylor Bank,    c/o William Seritella, Jr.,    Aronberg Goldgehn Davis & Garmisa,
               One IBM Plaza - Suite 3000,    Chicago, IL 60611-3779
8751293      +Erwin B Neiman,    Kenneth M Neiman,    1705 Overland Trail,    Deerfield, IL 60015-1811
8426342       Ford Motor Credit,    PO BOX 219825,    Kansas City, MO 64121-9825
10543985     +HomEq Servicing Corporation,    19732 MacAruthur Blvd, Ste 100,    Irving, CA 92612-2449
8426343       HomeEq Servicing Corporation,    PO Box 70830,    Charlotte, N.C. 28272-0830
9187809     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
8426340     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  District Director,    Internal Revenue Service,    P.O. Box 745,
               Chicago, IL 60690,    Att: DPN27-3)
8426344      +Ivan Cico,   c/o Barry E. Morgan,    Morgan & Pearl,    7101 N. CIcero, Ste. 100,
               Lincolnwood, IL 60712-2112
8426345      +K&M Tire,    Berry Tire,    12742 S. Western Ave.,    Blue Island, IL 60406-2315
8426346      +Kulwin & Associates,    161 N. Clark Street,    Suite 2500,    Chicago, IL 60601-3278
8426347      +MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
8426348      +Napa Auto Parts,    Worth Auto Parts, Inc.,    6603 W. 111th Street,    Worth, IL 60482-1909
8426349      +Rieck & Crotty P.C.,    55 West Monroe,    Suite 3390,    Chicago, IL 60603-5023
8426350       Visa,   PO BOX  8650,    Wilmington, DE 19899-8650
The following entities were served by electronic transmission on Mar 25, 2008.
8955455       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:54:48      Discover Bank,
               Discover Financial Services,    Pob 8003,    Hilliard OH 43026
8426338       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:54:48      Discover Platinum,
               PO Box 15192,    Wilmington, DE 19850-5192
8426339       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2008 02:54:48      Discover Platinum Card,
               PO Box 15156,    Wilmington, DE 19886-1002
8426341      +E-mail/Text: jerri.willis@flagstar.com                             Flagstar Bank,
               5151 Corporate Drive,    Troy, MI 48098-2639
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
8426336*      CIT Small Business Lending,    PO Box 277280,    Atlanta, GA 30384-7280
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2008**          **Signature:** _Joseph Speetjens_